In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No.
06-10-00105-CR

                                                ______________________________

 

 

 

                                             IN
RE:  STEPHEN CLAY JOHNSTON

 

 

                                                                                                  


 

                                                                                                                            


                                                  Original
Habeas Corpus Proceeding

 

                                                                                                  


 

 

 

 

                                          Before
Morriss, C.J., Carter and Moseley, JJ.

                                            Memorandum
Opinion by Justice Moseley

                                                                              

                                                                              








                                                      MEMORANDUM OPINION

 

            Stephen Clay Johnston filed this
application for writ of habeas corpus complaining that he was illegally
incarcerated despite the fact that a “final plea bargain has been reached and
signed by all parties.”  

            There is no indication that the
trial court has ruled on Johnston’s application for writ of habeas corpus.  In fact, the certificate of service contains
language indicating that the application may have been received by the trial
court on the same date as it was received in this Court.  Thus, we have no jurisdiction to order the
trial court to rule in a certain manner or to address the merits of Johnston’s
claim.[1]  See Ex
parte Young, 257 S.W.3d 276, 277 (Tex. App.––Beaumont 2008, orig.
proceeding); In re Ramirez, 994
S.W.2d 682, 684 (Tex. App.––San Antonio 1998, orig. proceeding).  

            We deny the application for want of
jurisdiction.

 

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date
Submitted:          June 17, 2010

Date
Decided:             June 18, 2010

 

Do
Not Publish

 











[1]Johnston’s
application does not present a situation in which this Court would have
original jurisdiction over the writ of habeas corpus.  See
Tex. Gov’t Code Ann. §§ 22.002, 22.221 (Vernon
2004).